# United States District Court

Northern **DISTRICT OF** California E-filing

**SUMMONS IN A CIVIL CASE**

See 1 in Addendum
**V.**
R J S & ASSOCIATES, INC., a California corporation,

Defendant.

CASE NUMBER:

**CV 08 3975 EDL**

TO: (Name and address of defendant)

R.J.S. Associates Inc.
1675 Sabre Street
Hayward, CA 94545

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK
*/s/ Helen L. Almacen*
(BY) DEPUTY CLERK

AUG 2 0 2008
DATE