1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorneys for Plaintiffs

6  Robert P. Kristoff (#90874)
   Teresa J. Huston (#217733)
7  Paul, Hastings, Janofsky & Walker LLP
   55 Second Street
8  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
10
   Attorneys for Defendant
11 RJS & Associates, Inc.

12
                 UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16

17 TRUSTEES OF THE BRICKLAYERS LOCAL NO.  ) CASE NO. 08-3975 MHP
   7 PENSION TRUST; TRUSTEES OF THE       ) (Labor)
18 BRICKLAYERS LOCAL NO. 3 HEALTH AND     )
   WELFARE TRUST; TRUSTEES OF THE         ) STIPULATION AND
19 NO. 3 APPRENTICE TRAINING TRUST;       ) [PROPOSED] ORDER
   TRUSTEES OF THE INTERNATIONAL          ) CONTINUING CASE
20 UNION OF BRICKLAYERS AND               ) MANAGEMENT CONFERENCE
   ALLIED CRAFTWORKERS PENSION FUND,      ) AND REFERRING CASE
21                                        ) DIRECTLY TO AN EARLY
        Plaintiffs,                       ) SETTLEMENT CONFERENCE
22                                        ) WITH A MAGISTRATE JUDGE
   vs.                                    )
23                                        )
   R J S & ASSOCIATES, INC., a California )
24 corporation,                           )
                                          )
25      Defendant.                        )
   _____)
26
27      This matter, having come before the undersigned Judge, and

   the Plaintiffs, by and through their attorneys of record, Kent
28
   Khtikian and Kimberly Hancock, and Defendant, RJS & Associates,

   Inc., by and through their attorney of record, Robert Kristoff,

STIPULATION AND [PROPOSED] ORDER RE EARLY SETTLEMENT CONFERENCE
   AND CONTINUING CASE MANAGEMENT CONFERENCE

1    having stipulated to proceed directly to an Early Settlement

2    Conference with a Magistrate Judge and to the continuance of the

3    case management conference, the Court having reviewed the records

4    and files herein and being fully advised of the premises does

5    hereby:

6        ORDER, ADJUDGE AND DECREE that:

7        This case proceed directly to an Early Settlement Conference

to be assigned by the Chief Magistrate Judge and scheduled for a

8    with Magistrate Judge _____ to be held on _____.

scheduled for a conference by that Judge.

9    The Court further orders that the case management conference

10   currently scheduled for January 5, 2009, at 4:00 p.m. in

11   Courtroom 15, 18th Floor, San Francisco is hereby continued until

12   _March 30, 2009_____ at  _4:00 p.m._____ in Courtroom

15   15, 18th Floor, San Francisco. with a joint case management statement to be filed on or

16   before March 23, 2009.

17   Dated: _12/9/2008_____

18

19              _____

20              Honorable Mar...
                Judge, United...

21

22              **STIPULATION**

23       WHEREAS plaintiffs and defendant both re...t that...is case

24   be referred directly to an Early Settlement Conference with a

25   Magistrate Judge, preferably to Magistrate Judge Elizabeth D.

26   Laporte; and

27       WHEREAS during the parties ADR Phone Conference on November

28   21, 2008, Howard Herman, ADR Program Director, agreed that this

     case is appropriate for an Early Settlement Conference with a

     Magistrate Judge; and

IT IS SO ORDERED

Judge Marilyn H. Patel

1   WHEREAS, counsel for plaintiffs will be out of the country

2   from approximately December 24, 2008, through January 23, 2009,

3   Plaintiffs and defendant RJS & Associates, Inc., hereby

4   stipulate that this case proceed directly to an Early Settlement

5   Conference with a Magistrate Judge, preferably Magistrate Judge

6   Elizabeth D. Laporte, to be held on a date after January 28,

7   2009.  The parties further stipulate to the continuance of the

8   case management conference currently scheduled for January 5,

9   2009, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco

10  until a date after the Early Settlement Conference has taken

11  place.

12

15

16  Dated: November 24, 2008   KATZENBACH AND KHTIKIAN

17

18

19                          /s/ Kimberly A. Hancock
                            Kimberly A. Hancock
20                          Attorney for Plaintiffs

21

22

23
    Dated: November 24, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP
24

25

26                          _____
                            Robert P. Kristoff
                            Attorney for Defendant
27                          RJS & Associates, Inc.

28

1    WHEREAS, counsel for plaintiffs will be out of the country

2  from approximately December 24, 2008, through January 23, 2009,

3    Plaintiffs and defendant RJS & Associates, Inc., hereby

4  stipulate that this case proceed directly to an Early Settlement

5  Conference with a Magistrate Judge, preferably Magistrate Judge

6  Elizabeth D. Laporte, to be held on a date after January 28,

7  2009.  The parties further stipulate to the continuance of the

8  case management conference currently scheduled for January 5,

9  2009, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco

10  until a date after the Early Settlement Conference has taken

11  place.

16  Dated: November 24, 2008    KATZENBACH AND KHTIKIAN

19                              /s/ Kimberly A. Hancock
20                              Kimberly A. Hancock
                               Attorney for Plaintiffs

23  Dated: November 24, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP

26                              Robert P. Kristoff
27                              Attorney for Defendant
                               RJS & Associates, Inc.

STIPULATION AND [PROPOSED] ORDER RE EARLY SETTLEMENT CONFERENCE
AND CONTINUING CASE MANAGEMENT CONFERENCE              3