United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 7 PENSION TRUST, et al., | |
| Plaintiffs, | No. C-08-03975 MHP (EDL) |
| v. | NOTICE OF CONTINUANCE OF SETTLEMENT CONFERENCE |
| R J S AND ASSOCIATES, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 5, 2009 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 20, 2009 at 9:30 a.m**.

On or before March 10, 2009, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 20, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge