1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   (415) 834-1778
4
   Attorney for Plaintiffs
5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11
   TRUSTEES OF THE BRICKLAYERS LOCAL NO. ) CASE NO. C-08-03975 MHP (EDL)
12 7 PENSION TRUST; TRUSTEES OF THE      )
   BRICKLAYERS LOCAL NO. 3 HEALTH AND    )
13 WELFARE TRUST; TRUSTEES OF THE        ) REQUEST FOR DISMISSAL
   NO. 3 APPRENTICE TRAINING TRUST;      ) AND ORDER DISMISSING
14 TRUSTEES OF THE INTERNATIONAL         ) ACTION  WITH PREJUDICE
   UNION OF BRICKLAYERS AND              )
15 ALLIED CRAFTWORKERS PENSION FUND,     )
                                         )
16    Plaintiffs,                        )
                                         )
17 vs.                                   )
                                         )
18 R J S & ASSOCIATES, INC., a California )
   corporation,                         )
19                                       )
           Defendant.                    )
20 _____)

21        Plaintiffs and Defendant, by and through their attorneys of record, do hereby stipulate to

22 and request entry of an order dismissing this entire action with prejudice.

23
          SO STIPULATED:
24

25 Dated: April 24 , 2009                Katzenbach & Khtikian

26

27                                By:_____
                                             Kent Khtikian
28                                        Attorneys for Plaintiffs

1   SO STIPULATED:

2   Dated: April 13, 2009

3                                       Paul, Hastings, Janofsky & Walker

4

5                                       By: _____
                                             Robert Kristoff
6                                            Attorneys for Defendant

7   This action is hereby dismissed in its entirety with prejudice.

8

9   Dated: __4/27/2009_____, 2009   _____
                                             Hon. Marilyn Hall Patel
10                                          Judge, U.S. District Court

11

*IT IS SO ORDERED*

*Judge Marilyn H. Patel*

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28